**Leroy EVANS, Jr., Plaintiff–Appellant,**

v.

**William K. SUTER, Defendant–Appellee.**

No. 07–20588
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 28, 2007.

Leroy Evans, Jr., Nassau Bay, TX, pro se.

Fred Turner Hinrichs, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Defendant–Appellee.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Evans filed this action against Suter, the Clerk of the Supreme Court, after the Supreme Court denied certiorari and denied a petition for the rehearing of that denial. Evans's main complaint seems to be Suter's failure to file one or more additional petitions for rehearing.

Clerks have absolute quasi-judicial immunity from damages for civil rights violations when they perform tasks integral to the judicial process. *Mullis v. United States Bankr. Court for Dist. of Nevada*, 828 F.2d 1385, 1390 (9th Cir.1987) (citing *Morrison v. Jones*, 607 F.2d 1269, 1273 (9th Cir.1979), *cert. denied*, 445 U.S. 962, 100 S.Ct. 1648, 64 L.Ed.2d 237 (1980)). Upon review of the record, we are satisfied that Appellee was performing appropriate official functions integral to the judicial process. As such, Appellee is entitled to quasi-judicial immunity against the action brought by Appellant. Essentially for the reasons stated in the district court's June 29, 2007 Memorandum and Opinion we affirm the judgment of the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

